UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 1:19-cv-21217-KMW

MICHAEL FRIDMAN, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

NATIONAL DOCUMENT PROCESSING, LLC, a California company,

*Defendant.*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michael Fridman hereby dismisses his claims against Defendant National Document Processing, LLC d/b/a National Student Loans with each party to bear its own attorneys' fees and costs.

Dated: June 4, 2019.

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff Michael Fridman*